# IN THE DISTRICT COURT OF THE UNITED STATES

## for the Western District of New York

_____

January 2020 GRAND JURY
(Impaneled 01/03/2020)

**THE UNITED STATES OF AMERICA**

**INDICTMENT**

*-vs-*

**SAMUEL MARA**

**Violations:**
Title 18, United States Code,
Sections 875(c) and 2261A(2)(B)
(2 Counts)

### COUNT 1

**(Threats by Interstate Communications)**

**The Grand Jury Charges That:**

On or about June 6, 2020, in the Western District of New York, and elsewhere, the defendant, **SAMUEL MARA**, did knowingly, willfully, and unlawfully transmit communications in interstate commerce, that is, a video posted on the internet website "Facebook" which traveled between the State of New York and the State of California, which contained a threat to injure the person of another, specifically, Victim 1, a person known to the Grand Jury.

**All in violation of Title 18, United States Code, Section 875(c).**

## COUNT 2

### (Cyberstalking)

### The Grand Jury Further Charges That:

From on or about June 6, 2020, to on or about July 29, 2020, in the Western District of New York, and elsewhere, the defendant, **SAMUEL MARA,** with the intent to harass and intimidate another person, that is, Victim 1, a person known to the Grand Jury, did use an electronic communication service, an electronic communication system of interstate commerce, and a facility of interstate and foreign commerce to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause, substantial emotional distress to Victim 1.

**All in violation of Title 18, United States Code, Section 2261A(2)(B).**

DATED:  Buffalo, New York, November 17, 2020.

JAMES P. KENNEDY, JR.
United States Attorney

BY:    S/JOSHUA A. VIOLANTI
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
716/843-5864
Joshua.Violanti@usdoj.gov

A TRUE BILL:

S/FOREPERSON