IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.                                                        20-CR-180-LJV

SAMUEL MARA,

                Defendant.

---

## ORDER OF DISMISSAL

The United States Attorney for the Western District of New York hereby dismisses Superseding Indictment as against the defendant pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of the Court endorsed hereon.

DATED: Buffalo, New York,

                                      TRINI E. ROSS
                                      United States Attorney

BY: _____
                JOSHUA A. VIOLANTI
                Assistant United States Attorney
                United States Attorney's Office
                Western District of New York
                138 Delaware Avenue
                Buffalo, New York   14202
                716/843-5864
                Joshua.Violanti@usdoj.gov

Leave of Court is granted for the filing of the foregoing dismissal.

DATED:   Buffalo, New York
            ~~May~~ June 1, 2023

                                      _____
                                      HONORABLE LAWRENCE J. VILARDO
                                      United States District Judge